# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

**JAMES R. WOLFE**                                                                                **PLAINTIFF**

**V.**                    **CASE NO. 1:19-CV-00035-JTK**

**ANDREW SAUL,**
**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 11th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE